IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WHITNEY HALLER and LEE WIESE, on behalf of William Wiese, a minor child,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF DUNDY, NEBRASKA, a Political Subdivision, JUSTIN NICHOLS, Dundy County Sheriff, in his official capacity, and CHARLES THIBEDEAU, in his individual capacity,<br><br>Defendants. | 4:19CV3028<br><br>ORDER |

IT IS ORDERED that the parties' joint stipulation for extension of time (filing 12), treated as a motion, is granted, and, accordingly, that Plaintiffs shall have until May 10, 2019, to respond to Defendants' motion to dismiss (filing 3).

DATED this 25th day of April, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge